UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PRISUA ENGINEERING CORP., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG ELECTRONICS LATINOAMERICA MIAMI, INC., <br><br> Defendants. | Civil Action No. 1-16-CV-21761-KMM |

## VERDICT FORM

In answering these questions, follow all of the instructions given in the Charge of Court.

1.  Did Prisua prove that Samsung infringed any of the asserted claims of the '591 Patent?

    **Answer "Yes" or "No" separately for each asserted claim:**

    Claim 1:   Yes ✓   No _____

    Claim 3:   Yes ✓   No _____

    Claim 4:   Yes ✓   No _____

    Claim 8:   Yes ✓   No _____

    If you answered "Yes" with respect to any claim in Question 1, proceed to answer Question 2.

    If you answered "No" to each of the above claims, your verdict is for Samsung. You should skip the remaining questions and sign and date the verdict form.

2.  Did Prisua prove that Samsung infringed the '591 Patent willfully?

    **Answer "Yes" or "No":**

Yes ✓        No ____

Proceed to answer Question 3.

3. Are any of the asserted claims of the '591 Patent invalid?

**Answer "Yes" or "No" separately for each asserted claim:**

Claim 1:   Yes____   No ✓

Claim 3:   Yes____   No ✓

Claim 4:   Yes____   No ✓

Claim 8:   Yes____   No ✓

If you answered "Yes" to all of the above claims in Question 3, your verdict is for Samsung. You should skip the remaining question and sign and date the verdict form.

If you answered "No" to any of the above claims in Question 3, proceed to Question 4.

4. What amount of money, if paid now in cash, do you find should be awarded as a reasonable royalty to compensate Prisua for the infringement of the claim(s) you found to be infringed and not invalid?

Answer:   $ __4.3 MILLION__

**SO SAY WE ALL.**

Dated: 2/23/2018

_____
FOREPERSON OF THE JURY

_____
**Printed name of Foreperson**